NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STATON TECHIYA, LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD.,**
*Appellees*

---

2023-2387

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00253.

-------------------------------------------------

**SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD.,**
*Appellants*

**v.**

**STATON TECHIYA, LLC,**
*Appellee*

---

2023-2422

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00253.

_____

# O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of the cross-appeal, Appeal No. 2023-2422, pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  Appeal No. 2023-2422 is dismissed.  The revised official caption for the remaining appeal, Appeal No. 2023-2387, is reflected in this order.

(2)  Each side shall bear its own costs as to Appeal No. 2023-2422.

(3)  Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s response brief in Appeal No. 2023-2387 is due no later than February 14, 2024.

(4)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2023-2387.

FOR THE COURT

February 6, 2024
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2023-2422 only): February 6, 2024